UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOHN E. MCLENDON, et al.,

        Plaintiffs,

-against-

MIDLAND CREDIT MANAGEMENT, INC.,

        Defendant.
_____/

Docket No.: 1:21-cv-04104-DG-JRC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

To the Clerk of the above-named Court:

It is hereby agreed by the undersigned parties and attorneys for Plaintiffs John E. McLendon, Mohammad N. Altaf, Donna Coburn, Richei Leyva, and Faiza Rana, and Defendant Midland Credit Management, Inc., that the within action shall be dismissed with prejudice, as to named Defendant, and with each party to bear their own fees and costs.

**Dated:** November 29, 2021

| | |
|---|---|
| **The Tariq Law Firm, PLLC**<br>*Attorney for Plaintiffs*<br>*John E. McLendon, Mohammad N. Altaf,*<br>*Donna Coburn, Richei Leyva,*<br>*and Faiza Rana*<br><br>By: _____<br>    Subhan Tariq, Esq.<br><br>34-18 Northern Blvd – Suite 2-25<br>Long Island City, NY 11101<br>Tel No: (718) 674-1245 | **Hinshaw & Culbertson LLP**<br>*Attorney for Defendant*<br>*Midland Credit Management, Inc.*<br><br><br><br>By:   s/Dana Brett Briganti_____<br>    Dana Brett Briganti, Esq.<br><br>800 Third Avenue, 13th Floor<br>New York, NY 10022<br>Tel No: (212) 471-6200 |